CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee, etc., Respondent, v.

AMERICAN RAILWAY TRAFFIC COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted.  Present — Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ.  Settle order before the presiding justice.